IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MISTY DAWN BURKE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No.: 25-CV-174-RAW-GLJ |
| v. | ) |
| | ) |
| (1) JUDY ELLIOTT, individually; | ) |
| (2) JAMES EARL HANNING, individually; | ) |
| (3) WAGONER COUNTY E-911; and | ) |
| (4) BOARD OF COUNTY COMMISSIONERS OF WAGONER COUNTY; jointly and severally; | ) |
| | ) |
| Defendants. | ) |

**JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE OF WAGONER COUNTY E-911, AND PLAINTIFF'S OPEN RECORDS ACT CLAIM (COUNT VII)**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the parties hereby jointly stipulate that Plaintiff's claims for violations of the Oklahoma Open Records Act (Count VII) are dismissed without prejudice. Further, the parties jointly stipulate that Wagoner County E-911 is dismissed without prejudice from this action. Each party shall bear its own fees, costs, and expenses.

s/ Brendan M. McHugh
Brendan M. McHugh, OBA #18422
P.O. Box 1392
Claremore, OK 74018
(918) 608-0111
Facsimile: (918) 803-4910
E-mail: bmcq1990@gmail.com
*Attorney for Plaintiff*

s/ Jordan L. Miller,
Jordan L. Miller, OBA No. 30892
COLLINS ZORN & WAGNER, PLLC
429 N.E. 50th Street, Second Floor
Oklahoma City, OK 73105

|  |  |
|---|---|
| Telephone: | (405) 524-2070 |
| Facsimile: | (405) 524-2078 |
| E-mail: | jlm@czwlaw.com |

***ATTORNEY FOR DEFENDANTS BOARD OF COUNTY COMMISSIONERS OF WAGONER COUNTY, WAGONER COUNTY E-911, AND JAMES EARL HANNING***

s/Jessica L. Dark
Robert S. Lafferrandre, OBA No. 11897
Jessica L. Dark, OBA No. 31236
Jessica James Curtis, OBA No. 35140
PIERCE COUCH HENDRICKSON
 BAYSINGER & GREEN, L.L.P.
1109 North Francis Avenue
Oklahoma City, Oklahoma 73106
Telephone:  (405) 235-1611
Facsimile:   (405) 235-2904
rlafferrandre@piercecouch.com
jdark@piercecouch.com
jjamescurtis@piercecouch.com
*Attorneys for Defendant Judy Elliott*

**CERTIFICATE OF DELIVERY**

I certify that on this 19th day of June 2025, I caused a copy of the above document to be delivered via the Court's ECF delivery system to:

All Counsel of record

s/Brendan M. McHugh