IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MISTY DAWN BURKE, ) | |
| ) | |
| Plaintiff; ) | |
| ) | Case No.: 25-CV-174-JFH-GLJ |
| v. ) | |
| ) | |
| BOARD OF COUNTY COMMISSIONERS OF ) | JURY TRIAL DEMANDED |
| WAGONER COUNTY; jointly and severally; ) | |
| ) | |
| Defendants. ) | |

## **SECOND AMENDED NOTICE OF DEPOSITION**

You are hereby notified that Defendant, Board of County Commissioners of Wagoner County, will take the deposition noted below:

| **Deponent** | **Date and Time** | **Location** |
|---|---|---|
| Misty Dawn Burke | March 25, 2026 Commencing at 10:00 a.m. | Offices of Professional Reporters 20 E. Fifth Str., Ste. 720 Tulsa, OK 74103 |

This deposition will be taken upon oral examination before a qualified court reporter at the location noted, recorded by stenographic means, may be recorded by videographer, and will continue from day to day until completed. The deposition is being taken for use at trial, as well as for all other purposes as permitted by law.

Respectfully submitted,

s/ Jordan L. Miller
Jordan L. Miller, OBA No. 30892
Scott R. Eudey, OBA No. 18050
COLLINS ZORN & WAGNER, PLLC
429 N.E. 50th Street, Second Floor
Oklahoma City, OK 73105
Telephone:   (405) 524-2070
Facsimile:   (405) 524-2078
E-mail:      jlm@czwlaw.com
             sre@czwlaw.com

***ATTORNEYS FOR DEFENDANT BOARD OF COUNTY COMMISSIONERS OF WAGONER COUNTY***

## CERTIFICATE OF SERVICE

I hereby certify that on February 26, 2026, I electronically transmitted this filing to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Brendan M. McHugh
Rt. 66 Attorneys, LLC
P.O. Box 1392
Claremore, OK 74018
brendan@lawinok.com

*Attorney for Plaintiff*

s/ Jordan L. Miller
Jordan L. Miller