## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF OKLAHOMA

MISTY DAWN BURKE,

      **Plaintiff,**

v.

      **Case No. 25-CV-174-JFH-GLJ**

BOARD OF COUNTY
COMMISSIONERS OF WAGONER
COUNTY,

      **Defendant.**

## ORDER

The Court has been advised that this action has settled.

IT IS THEREFORE ORDERED that the parties shall file a joint stipulation of dismissal of this action with prejudice as to all claims pursuant to Fed. R. Civ. P. 41(a)(1) on or before August 10, 2026.

Dated this 9th day of July, 2026.

_____
JOHN F. HEIL, III
CHIEF UNITED STATES DISTRICT JUDGE