IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| MISTY DAWN BURKE,<br><br>Plaintiff,<br><br>v.<br><br>BOARD OF COUNTY COMMISSIONERS OF WAGONER COUNTY, jointly and severally,<br><br>Defendants. | ) | Case No.: 25-CV-174-JFH-GLJ<br><br>JURY TRIAL DEMANDED |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the parties all hereby jointly stipulate that this action shall be dismissed with prejudice as to all of Plaintiff's claims against all Defendants. Each party to bear its own costs and attorney's fees.

Respectfully submitted,

s/ Brendan M. McHugh
Brendan M. McHugh
Rt. 66 Attorneys, LLC
P.O. Box 1392
Claremore, OK 74018
brendan@lawinok.com
***Attorney for Plaintiff***

s/ Jordan L. Miller
Jordan L. Miller, OBA No. 30892
Scott R. Eudey, OBA No. 18050
COLLINS ZORN & WAGNER, PLLC
429 N.E. 50th Street, Second Floor
Oklahoma City, OK 73105
Telephone: (405) 524-2070
Facsimile: (405) 524-2078
E-mail: jlm@czwlaw.com
sre@czwlaw.com
***ATTORNEYS FOR DEFENDANT***

## CERTIFICATE OF SERVICE

I hereby certify that on August 10, 2026, I electronically transmitted this filing to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Brendan M. McHugh
Rt. 66 Attorneys, LLC
P.O. Box 1392
Claremore, OK 74018
brendan@lawinok.com

***Attorney for Plaintiff***

s/ Jordan L. Miller
Jordan L. Miller